**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| OLE K. NILSSEN and GEO FOUNDATION, LTD., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:06 CV 04155 |
| | ) ) | Judge Charles R. Norgle |
| v. | ) ) | Magistrate Judge Jeffrey Cole |
| GENERAL ELECTRIC COMPANY and GE LIGHTING, LLC, | ) ) ) ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND SANCTIONS

Pursuant to Rule 54(d) of the Federal Rules of Civil Procedure and Local Rule 54.3, Defendants General Electric Company and GE Lighting, LLC respectfully move for entry of an order awarding Defendants their attorneys' fees and expenses pursuant to 35 U.S.C. § 285, Fed. R. Civ. P. Rule 11 and 28 U.S.C. § 1927.

As set forth in detail in the memorandum in support of Defendants' Motion for Attorneys' Fees and Sanctions, Plaintiffs asserted six patents in this action that they knew were obtained through fraud and were unenforceable. Based on prior decisions by Judge Darrah of this District, Plaintiffs were and are collaterally estopped from asserting those patents and from disputing that this is an exceptional case under 35 U.S.C. § 285. Even after Defendants served a motion for sanctions pursuant to Rule 11 in October 2006, Plaintiffs pursued this litigation and held Defendants hostage in this case for almost two years.

For the reasons set forth in the accompanying memorandum, the Court should grant this motion and award Defendants their reasonable attorneys fees and expenses.

Dated: August 25, 2008          Respectfully submitted,

By:    s/ Margaret M. Duncan
       Margaret M. Duncan
       Krista Vink Venegas
       McDermott Will & Emery LLP
       227 West Monroe Street
       Chicago, Illinois 60606-5096
       Telephone: 312.372.2000
       Fax: 312.984.7700

       Attorneys for Defendants
       GENERAL ELECTRIC COMPANY and
       GE LIGHTING, LLC

CHI99 5020487-1.037743.0053